**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7702**

---

JERRY ROSS BRAZELL,

Plaintiff - Appellant,

versus

FLORA BOYD, Warden, Evans Correctional Insti-
tution; PARKER EVATT, Commissioner for South
Carolina Department of Corrections,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Florence.  C. Weston Houck, Chief District
Judge.  (CA-93-2969-4-2BD)

---

Submitted:  September 20, 1996      Decided:  September 30, 1996

---

Before NIEMEYER, HAMILTON, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Ross Brazell, Appellant Pro Se.  E. Meredith Manning,
ROBINSON, MCFADDEN & MOORE, P.C., Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brazell v. Boyd, No. CA-93-2969-4-2BD (D.S.C. Oct. 2, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED